PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARGARET SWISTOK, etc., ) | |
| ) | CASE NO. 4:18CV1515 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| PHILLIPS HOLDINGS LLC, et al., ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 19] |

Plaintiff Margaret Swistok brings this action to recover damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code § 4111.01 *et seq.*, and Article II, § 34 of the Ohio Constitution. Complaint (ECF No. 1).

Pending is Plaintiff's Motion for Default Judgment (ECF No. 19), served and filed on November 21, 2018. The Court has been advised, having read the file and reviewed the applicable law.

Defendants were duly served with summons and the Complaint (ECF No. 1) (*see* ECF Nos. 5, 12, 14, and 15); but, have failed to plead or otherwise defend. On December 13, 2018, the Clerk entered the default of Defendants pursuant to Fed. R. Civ. P. 55(a). *See* ECF No. 20. For good cause shown, Plaintiff's Motion for Default Judgment (ECF No. 19) is granted.

Plaintiff is entitled to the costs of the action, together with reasonable attorney's fees pursuant to 29 U.S.C. § 216(b) and Ohio Rev. Code § 4111.10. The Court finds that the requested attorney's fees in the amount of $9,675 are reasonable. Plaintiff does not request an

(4:18CV1515)

upward adjustment. The Court does not find that a downward adjustment is warranted under the circumstances of this case.

Final Judgment will be entered in favor of Plaintiff Margaret Swistok against Defendants Phillips Holdings LLC d/b/a Buy the Beach, Shancliff Investments, Ltd d/b/a Buy the Beach, CDAM Investments LLC d/b/a Buy the Beach, and Cliff Phillips in the amount of $16,001.39.

The Clerk is directed to issue a copy of this Order by regular mail to Phillips Holdings LLC d/b/a Buy the Beach, 5521 Mahoning Ave., Austintown, Ohio 44515; Shancliff Investments, Ltd d/b/a Buy the Beach, c/o Thomas C. Nader, 5000 E. Market St., Warren, Ohio 44481; CDAM Investments LLC d/b/a Buy the Beach, 5521 Mahoning Ave., Austintown, Ohio 44515 ; and, Cliff Phillips, 5521 Mahoning Ave., Austintown, Ohio 44515

IT IS SO ORDERED.

| December 31, 2018 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |