PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARGARET SWISTOK, etc., | ) |
| | ) CASE NO.  4:18CV1515 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| PHILLIPS HOLDINGS LLC, et al., | ) |
| | ) |
| Defendants. | ) **DEFAULT JUDGMENT** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is hereby rendered in favor of Plaintiff Margaret Swistok against Defendants Phillips Holdings LLC d/b/a Buy the Beach, Shancliff Investments, Ltd d/b/a Buy the Beach, CDAM Investments LLC d/b/a Buy the Beach, and Cliff Phillips, jointly and severally, in the amount of Sixteen Thousand One and 39/100 Dollars ($16,001.39) which represents:  (1) One Thousand Seven Hundred Sixty-five and 63/100 Dollars ($1,765.63) in unpaid minimum wages; plus (2) Three Thousand Five Hundred Thirty-one and 26/100 Dollars ($3,531.26) in minimum wage liquidated damages; plus (3) One Hundred Eighty-six and 75/100 Dollars ($186.75) in unpaid overtime wages; plus (4) One Hundred Eighty-six and 75/100 Dollars ($186.75) in overtime wage liquidated damages; plus (5) Six Hundred Fifty-six Dollars ($656) for the costs of the action; plus (6) Nine Thousand Six Hundred Seventy-five Dollars ($9,675) in attorney's fees and post-judgment interest at the federal statutory interest rate pursuant to 28 U.S.C. § 1961.

(4:18CV1515)

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Default Judgment constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

 December 31, 2018                                                  */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                United States District Judge

## CERTIFICATE OF SERVICE

A copy of the foregoing Default Judgment was filed electronically this 31st day of December, 2018. Notice of this filing will be sent to Joseph F. Scott, Esq., Ryan A. Winters, Esq., and Kevin M. McDermott II, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Default Judgment has also been sent by regular mail this 31st day of December, 2018 to Phillips Holdings LLC d/b/a Buy the Beach, 5521 Mahoning Ave., Austintown, Ohio 44515; Shancliff Investments, Ltd d/b/a Buy the Beach, c/o Thomas C. Nader, 5000 E. Market St., Warren, Ohio 44481; CDAM Investments LLC d/b/a Buy the Beach, 5521 Mahoning Ave., Austintown, Ohio 44515 ; and, Cliff Phillips, 5521 Mahoning Ave., Austintown, Ohio 44515.

 December 31, 2018                                                  */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                United States District Judge